IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE

FILED

April 28, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | **NOT FOR PUBLICATION** |
| | ) | |
| Appellee, | ) | CUMBERLAND COUNTY |
| | ) | |
| v. | ) | |
| | ) | NO. 03S01-9604-CC-00047 |
| MICHAEL DEAN BUSH, | ) | |
| | ) | |
| Appellant. | ) | |

ORDER ON PETITION TO REHEAR

A petition for rehearing has been filed on behalf of appellant. After

consideration of the same, the Court is of the opinion that the petition should be and the

same is hereby denied at the cost of appellant.

Enter this 28th day of April, 1997.

PER CURIAM